United States Bankruptcy Court
Eastern District of Michigan

In re **Scott F. Stewart and Vanessa A. Stewart**

Debtor(s)

Case No. **09-63894**
Chapter **7**

## MOTION TO REOPEN CASE
## TO ALLOW FOR FILING OF REAFFIRMATION AGREEMENT

Debtors Scott Stewart and Vanessa Stewart, through their attorney Gregory L. Dodd (P-43404), move that the Court re-open this case, and accept filing of a Reaffirmation Agreement, as follows:

1. On October 29, 2009, while the case was still open, the Debtors and their attorney completed a Reaffirmation Agreement for the first mortgage on their only home provided by the Creditor Citi and sent it to Citi for Citi's signature and for Citi to file.

2. Citi never received the reaffirmation agreement.

3. The debtors were discharged on November 17, 2009 and the case was closed November 20, 2009.

4. The Debtors seek to reopen this case so that they can file the reaffirmation agreement with Citi. Debtors have made their payments on this mortgage debt consistently since residing in the house; they need a house to live in; they have a child with heart problems living with them in the house.

Therefore, Debtors Scott F. Stewart and Vanessa A. Stewart move that the case be re-opened so the court can accept filing of the Reaffirmation agreement with creditor Citi.

Dated: December 14, 2009
/s/Gregory L. Dodd_____
Gregory L. Dodd (P-43404)
Attorney for Debtors Scott F. Stewart
    and Vanessa A. Stewart
300 North Huron Street
Ypsilanti, MI  48197
Phone: (734) 487-2611
E-mail: gregorydodd@doddkeyeslaw.com

```
                    United States Bankruptcy Court
                     Eastern District of Michigan
```

| In re | **Scott F. Stewart and Vanessa A. Stewart** | Case No. | **09-63894** |
|---|---|---|---|
| | Debtor(s) | Chapter | **7** |

<u>Exhibit 1</u>

**<u>ORDER TO REOPEN CASE</u>**
**<u>TO ALLOW FOR FILING OF REAFFIRMATION AGREEMENT</u>**

After due notice to all parties in interest, and the Court being fully advised in the premises,

    **IT IS ORDERED** that the Debtor's Chapter 7 case number 09-63894 is reopened to allow for the filing of a reaffirmation agreement with the creditor Citi.

**United States Bankruptcy Court**
**Eastern District of Michigan**

In re | **Scott F. Stewart and Vanessa A. Stewart** | Case No. **09-63894**
| Debtor(s) | Chapter **7**

<u>Exhibit 2</u>

**NOTICE OF MOTION TO REOPEN CASE**
**TO ALLOW FOR FILING OF REAFFIRMATION AGREEMENT**

Debtors Scott & Vanessa Stewart have filed papers with the court to Reopen their Case to file a reaffirmation agreement with creditor Citi.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to reopen the case to file a reaffirmation agreement with creditor Citi, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

    **United States Bankruptcy Court**
    Clerk of the Court
    211 West Fort Street
    Detroit, Michigan 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

    You must also mail a copy to:

    Gregory L. Dodd, Attorney at Law
    300 North Huron Street
    Ypsilanti, MI 48197                    Phone: (734) 487-2611

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: December 14, 2009        /s/Gregory L. Dodd
                                Gregory L. Dodd (P-43404)
                                Attorney for Debtors Scott F. Stewart and Vanessa A. Stewart
                                300 North Huron Street, Ypsilanti, MI 48197
                                Phone: (734) 487-2611
                                E-mail: gregorydodd@doddkeyeslaw.com

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)